UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,                     Case No. 17-cr-96-pp

Plaintiff,

v.

MARCELLO MAYS,

Defendant.

---

## ORDER REGARDING LETTER RECEIVED FROM THE DEFENDANT ON SEPTEMBER 15, 2017 (DKT. NO. 102)

---

On September 15, 2017, the court received a letter from the defendant, asking the court to do various things regarding the conditions of his bond. Dkt. No. 102. The defendant has an attorney. The defendant should communicate his concerns and requests to his attorney. If his attorney feels it appropriate, the defendant's attorney can file the appropriate requests with the court. The court will take no further action on the defendant's letter.

Dated in Milwaukee, Wisconsin this 19th day of September, 2017.

**BY THE COURT:**

_____

**HON. PAMELA PEPPER**
**United States District Judge**